```
____ FILED      ____ LODGED
____ RECEIVED   ____ COPY

     MAR 0 2 2001

  CLERK U S DISTRICT COURT
    DISTRICT OF ARIZONA
BY_____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Danny Lee Jones,       ) | No. CIV 01-0384-PHX-SMM |
|     Petitioner,   ) | |
| v.                     ) | |
| Terry Stewart, et al., ) | **ORDER FOR** |
|                        ) | **STAY OF EXECUTION** |
|     Respondents.  ) | |

    Pursuant to 28 U.S.C. § 2254, Petitioner Danny Lee Jones filed a Petition for Writ of Habeas Corpus By a Person In State Custody with the Clerk of the Court.  Petitioner also asks this Court to stay his execution, currently scheduled for March 28, 2001.  Initial stays of execution are appropriately granted in death penalty cases when no previous habeas petitions have resulted in a final order deciding the merits of federal habeas claims or resulted in a finding that relief is precluded on procedural grounds.

    The Court has contacted the Office of the Attorney General for the State of Arizona and has informed it of Petitioner's request for a stay of execution.  Respondents, through counsel, agree that Petitioner has not previously pursued federal habeas relief.  Therefore, Respondents do not object to a stay of execution.

    Accordingly,

    **IT IS HEREBY ORDERED** that Petitioner's Warrant of Execution is stayed pending the filing of an Amended Petition for Writ of Habeas Corpus detailing all of Petitioner's known federal claims and resolution of the issues raised in the Amended

1 | Petition for Writ of Habeas Corpus.

2 |     **IT IS FURTHER ORDERED** that Petitioner remain in the custody of the
3 | Arizona Department of Corrections pending further order of this Court.
4 |     **IT IS FURTHER ORDERED** that the Clerk of the Court make immediate
5 | telephone notice of this Order to Terry Stewart, Director of the Arizona Department of
6 | Corrections; Janet Napolitano, Attorney General of the State of Arizona; Noel Dessaint,
7 | Clerk of the Arizona Supreme Court; and Melvin Thomas, Warden of the Arizona State
8 | Penitentiary at Florence, and that a copy of this Order be served on these individuals by
9 | the United States Marshal forthwith.
10 |     **IT IS FURTHER ORDERED** that the Clerk of the Court forward a copy of this
11 | Order to Petitioner Danny Lee Jones.
12 |     DATED this __1__ day of March, 2001.

_____
STEPHEN M. McNAMEE
Chief United States District Judge