| | |
|---|---|
| 1 | TERRY GODDARD<br>ATTORNEY GENERAL |
| 2 | (FIRM STATE BAR NO. 14000) |
| 3 | DAWN M. NORTHUP<br>ASSISTANT ATTORNEY GENERAL |
| 4 | CAPITAL LITIGATION SECTION<br>1275 W. WASHINGTON |
| 5 | PHOENIX, ARIZONA  85007–2997<br>TELEPHONE:  (602) 542–4686 |
| 6 | DAWN.NORTHUP@AZAG.GOV<br>(STATE BAR NUMBER 013352) |
| 7 | ATTORNEYS FOR RESPONDENTS |

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| DANNY LEE JONES, | CIV 01-0384-PHX-SRB |
|---|---|
| Petitioner, | |
| -vs- | MOTION TO COMPEL DEPOSITION |
| DORA B. SCHRIRO, et al., | |
| Respondents. | [Death Penalty Case] |

Respondents and Petitioner have scheduled the depositions of four of Petitioner's experts.  Dr. Alan Goldberg will not agree to a deposition, however, unless he is compensated $300/hour for a minimum of 4 hours.  Respondents have attempted to reach a compromise with Petitioner's counsel on this matter by agreeing to compensate Dr. Goldberg $300/hour for time actually spent responding to Respondents' questions at the deposition.  Petitioner's counsel advised Respondents that Dr. Goldberg remains steadfast and insists on setting these conditions for his deposition.

Pursuant to Rule 26(b)(4)(C) of the Federal Rules of Civil Procedure, Dr. Goldberg is entitled to a reasonable fee for "time spent" at the deposition responding to Respondents' discovery requests.  His fee of $1200, regardless of the time actually spent in the deposition, is unreasonable.  Accordingly, Respondents

request this Court to order Dr. Goldberg to appear at his deposition, whereby he will be compensated at a rate of $300/hour with no minimum fee.  If Dr. Goldberg refuses to comply with this Court's order, Respondents request this Court enter sanctions under Rule 37(b)(2), striking Dr. Goldberg's declaration and report, and precluding him from testifying about matters set out in his report.

DATED this 7th day of September, 2005.

RESPECTFULLY SUBMITTED,

TERRY GODDARD
ATTORNEY GENERAL

s/
DAWN M. NORTHUP
ASSISTANT ATTORNEY GENERAL
ATTORNEYS FOR RESPONDENTS

I HEREBY CERTIFY THAT ON SEPTEMBER 7, 2005, I ELECTRONICALLY TRANSMITTED THE ATTACHED DOCUMENT TO THE CLERK'S OFFICE USING THE CM/ECF SYSTEM FOR FILING AND TRANSMITTAL OF A NOTICE OF ELECTRONIC FILING TO THE FOLLOWING CM/ECF REGISTRANTS:

JON M. SANDS
Federal Public Defender
LETICIA MARQUEZ
SYLVIA J. LETT
Assistant Federal Public Defenders
407 West Congress St., Suite 501
Tucson, Arizona 85701-1310

Attorneys for Petitioner


s/
DAWN M. NORTHUP

CRM93-2010
122499

2