**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Danny Lee Jones,<br><br>　　　　Petitioner,<br><br>vs.<br><br>Dora Schriro, et al.,<br><br>　　　　Respondents. | No. CV-01-384-PHX-SRB<br><br><u>DEATH PENALTY CASE</u><br><br>**ORDER RE MOTION TO COMPEL DEPOSITION** |

  Respondents have filed a motion to compel deposition of Dr. Alan Goldberg,[1] in which they state that Dr. Goldberg refuses to be deposed unless he is compensated at $300/hour for a minimum of four hours. (Dkt. 128.) Respondents oppose the four-hour minimum stating they have attempted to reach a compromise by agreeing to pay him $300/hour for the actual length of the deposition without success.

  The civil subpoena served on Dr. Goldberg requires him to appear for deposition and "to remain available for the deposition until excused by Respondent." Respondents are only limited by Rule 30(d)(2), Federal Rules of Civil Procedure, to one day of seven hours. Respondents have made no commitment to limit Dr. Goldberg's deposition to less than four

---

[1] Dr. Goldberg is a psychologist licensed to practice in Arizona and California. He submitted a declaration dated August 29, 2002, in support of Petitioner's claims. (Dkt. 54(b), ex. 25.)

1 hours so that he may plan accordingly. The Court finds that Dr. Goldberg's insistence on a
2 four-hour minimum is reasonable in light of Respondents' failure to limit the length of his
3 deposition, which effectively prevents Dr. Goldberg from scheduling appointments following
4 it. Respondents' motion to compel will be denied.

5 Accordingly,

6 **IT IS ORDERED** that Respondents' motion to compel deposition of Dr. Goldberg
7 is **DENIED**.  (Dkt. 128.)

8 **IT IS FURTHER ORDERED** that Respondents pay Dr. Goldberg's his fee of
9 $1,200.00 as required by Rule 26 (b)(4)(C), Federal Rules of Civil Procedure.

11 DATED this 30th day of September, 2005.

_____
Susan R. Bolton
United States District Judge

- 2 -