# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| DANNY LEE JONES, | CIV 01-0384-PHX-SRB |
| Petitioner, | JOINT PRE-HEARING MEMORANDUM |
| -vs- | |
| DORA B. SCHRIRO, et al., | **[Death Penalty Case]** |
| Respondents. | |

# EXHIBIT 57

Kaw Liems  9-2-87

SRB

# DUPLICATE ORIGINAL

UNITED STATES MARINE CORPS
2d Marine Aircraft Wing, FMF, Atlantic
Marine Corps Air Station, Cherry Point, NC 28533

17:MRO:tra
5814
26 APR 1984

SPECIAL COURT-MARTIAL ORDER)
                           :
NUMBER................24-84)

Before a special court-martial which convened at Marine Corps Air Station, Cherry Point, North Carolina, pursuant to a convening order of the Commanding Officer, Marine Aircraft Group 14, Second Marine Aircraft Wing, Fleet Marine Force, Atlantic, Marine Corps Air Station, Cherry Point, North Carolina, serial number 4-84, dated 25 January 1984, was arraigned and tried:

### ACCUSED

Private Danny L. JONES 568 61 62 34, U.S. Marine Corps, Marine Air Base Squadron 14, Marine Aircraft Group 14, Second Marine Aircraft Wing, Fleet Marine Force, Atlantic, Marine Corps Auxiliary Landing Field, Bogue, North Carolina.

### CHARGES

Charge I: Violation of the Uniform Code of Military Justice, Article 86

Specification 1: In that Private Danny L. JONES, U.S. Marine Corps, presently on active duty in the U.S. Marine Corps, Marine Air Base Squadron 14, Marine Aircraft Group 14, Second Marine Aircraft Wing, Fleet Marine Force, Atlantic, Marine Corps Auxiliary Landing Field, Bogue, North Carolina, did, on or about 9 December 1983, while on active duty in the U.S. Marine Corps, without authority, absent himself from his unit, to wit: Marine Air Base Squadron 14, Marine Aircraft Group 14, Second Marine Aircraft Wing, Fleet Marine Force Atlantic, located at Marine Corps Auxiliary Landing Field, Bogue, North Carolina, and did, remain so absent until on or about 13 December 1983.

Specification 2: In that Private Danny L. JONES, U.S. Marine Corps, presently on active duty in the U.S. Marine Corps, Marine Air Base Squadron 14, Marine Aircraft Group 14, Second Marine Aircraft Wing, Fleet Marine Force, Atlantic, Marine Corps Auxiliary Landing Field, Bogue, North Carolina, did, on or about 24 December 1983, while on active duty in the U.S. Marine Corps, without authority, absent himself from his unit, to wit: Marine Air Base Squadron 14, Marine Aircraft Group 14, Second Marine Aircraft Wing, Fleet Marine Force, Atlantic, located at Marine Corps Auxiliary Landing Field, Bogue, North Carolina, and did remain so absent until on or about 20 January 1984.

DUPLICATE ORIGINAL

SPECIAL COURT-MARTIAL ORDER NUMBER 24-84
DATED 26 APRIL 1984 (CONTINUED)
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Charge II: Violation of the Uniform Code of Military Justice, Article 121

Specification: In that Private Danny L. JONES, U.S. Marine Corps, presently on active duty in the U.S. Marine Corps, Marine Air Base Squadron 14, Marine Aircraft Group 14, Second Marine Aircraft Wing, Fleet Marine Force, Atlantic, Marine Corps Auxiliary Landing Field, Bogue, North Carolina, did, at Marine Corps Base, Camp Lejeune, North Carolina, on or about 18 October 1983, while on active duty in the U.S. Marine Corps, steal U.S. currency, of a value of $820.00, the property of Private First Class J. F. GDANITZ, U.S. Marine Corps.

PLEAS

To Charge I: Guilty.
To Specification 1 under Charge I: Guilty, except for the words and figures "9 December 1983," substituting therefor the words and figures "10 December 1983." To the excepted words and figures: Not Guilty. To the substituted words and figures: Guilty. To Specification 1 as excepted and substituted: Guilty.
To Specification 2 under Charge I: Guilty.
To Charge II: Guilty.
To the Specification under Charge II: Guilty.

FINDINGS

Of Charge I: Guilty.
Of Specification 1 under Charge I: Guilty, except for the words and figures "9 December 1983," substituting therefor the words and figures "10 December 1983." Of the excepted words and figures: Not Guilty. Of the substituted words and figures: Guilty. Of Specification 1 as excepted and substituted: Guilty.
Of Specification 2 under Charge I: Guilty.
Of Charge II: Guilty.
Of the Specification under Charge II: Guilty.

SENTENCE

To forfeit $390.00 pay per month for six months, to be confined at hard labor for four months, and to be discharged from the U.S. Marine Corps with a bad conduct discharge. The sentence was adjudged by a military judge sitting alone on 26 January 1984. No prior convictions were considered.

SPECIAL COURT-MARTIAL ORDER NUMBER 24-84
DATED 26 APRIL 1984 (CONTINUED)
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

"UNITED STATES MARINE CORPS
Marine Aircraft Group 14
2d Marine Aircraft Wing, FMF, Atlantic
Marine Corps Air Station, Cherry Point, NC 28533

MAR 29 1984

In the foregoing case of Private Danny L. JONES 568 61 62 34, U.S. Marine Corps, tried by special court-martial on 26 January 1984, at Marine Corps Air Station, Cherry Point, North Carolina, the sentence is approved, however, that portion thereof adjudging confinement at hard labor in excess of three months is suspended for a period of twelve months, at which time, unless sooner vacated, the suspended portion of the sentence will be remitted without further action. The accused will be administratively credited with pretrial confinement served from 21 January 1984 to 25 January 1984, on a day-for-day basis.

I have considered the clemency petition, dated 7 February 1984, submitted by the trial defense counsel prior to taking this action.

The Correctional Facility, Marine Corps Base, Camp Lejeune, North Carolina, is designated as the place of confinement.

Forfeitures shall apply to pay becoming due on and after the date of this action.

In accordance with the Manual of the Judge Advocate General of the Navy, section 0123c, the following synopsis of the accused's conduct record is submitted:

PRIOR CONVICTIONS: None.

PRIOR NONJUDICIAL PUNISHMENT: 830315: MATSS-901, MATSG-90, NATTC, NAS, MFS, MILL, TN 38054. Chg I: Viol of UCMJ, Art 91. Spec: Disobeyed order from noncommissioned officer. Chg II: Viol of UCMJ, Art. 107. Spec: Made a false official statement. Awd forf of $100.00 pay for one month and red to E-1. Red to E-1 susp for 3 mos with provision for automatic remission. Not appealed.

830330: Red to E-1 susp on 830315 vacated.

830330: MATSS-901, MATSG-90, NATTC, NAS, MFS, MILL, TN 38054. Chg I: Viol of UCMJ, Art 92: Drinking under age of 19. Chg II: Viol of UCMJ, Art 134: Wrongfully possessed with intent to deceive, Naval Identification Card. Awd forf $100.00 pay for one month. Not appealed.

3



SPECIAL COURT-MARTIAL ORDER NUMBER 24-84
DATED 26 APRIL 1984 (CONTINUED)
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

   Private JONES is single, and a high school graduate with a GT of 85. He has average proficiency and conduct marks of 3.8 and 3.2, respectively. Private JONES has qualified as a Sharpshooter with the M-16 service rifle. He has completed one MOS-related service school.

   In accordance with the Manual of the Judge Advocate General of the Navy, section 0123f, there are no other facts which tend to extenuate, mitigate, or aggravate the offense involving moral turpitude in this case other than those already included in the record of trial or allied papers.

   The record of trial is forwarded to the Commanding General, Second Marine Aircraft Wing, Marine Corps Air Station, Cherry Point, North Carolina, for review pursuant to Uniform Code of Military Justice, Article 65(b).

                            /s/K. D. Holland
                            K. D. HOLLAND
                         Colonel, U.S. Marine Corps
                              Commanding"

ACTION BY THE OFFICER EXERCISING GENERAL COURT-MARTIAL JURISDICTION

                    "UNITED STATES MARINE CORPS
                   2d Marine Aircraft Wing, FMF, Atlantic
                 Marine Corps Air Station, Cherry Point, NC 28533

                                                        26 APR 1984

   In the foregoing case of Private Danny L. JONES 568 61 62 34, U.S. Marine Corps, tried by special court-martial, on 26 January 1984, at Marine Corps Air Station, Cherry Point, North Carolina, the sentence, as approved by the convening authority, is approved.

   I have considered the clemency petition submitted by the trial defense counsel prior to taking this action.

   The record of trial is forwarded to the Judge Advocate General of the Navy for review by the U.S. Navy-Marine Corps Court of Military Review in accordance with Article 65(b), Uniform Code of Military Justice.

                            /s/G. H. Leach
                            G. H. LEACH
                      Brigadier General, U.S. Marine Corps
                              Commanding"

                                 4

Kaw X'emg    9-2-87

SPECIAL COURT-MARTIAL ORDER NUMBER 24-84
DATED 26 APRIL 1984 (CONTINUED)
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

*Michael R. Osborn*

MICHAEL R. OSBORN
Captain, U.S. Marine Corps
Chief Review Officer
By direction of
Brigadier General G. H. LEACH, U.S. Marine Corps
Commanding

DISTRIBUTION: SJA (45) plus:

| ORIGINAL | CERTIFIED COPIES | COPIES |
|---|---|---|
| Orig Rec Tl | Orig Rec Tl (3) | CG, FMFLant |
|  | Each Copy Rec Tl (1 ea) | PMO |
| DUPLICATE ORIGINALS | CMC (JA) | CID/NIS |
| SRB of Accused | Disb O | Maj KELLER |
| File | MCFC (Code CPJ) | 1stLt MEYEN |
|  | CorrFac, MCB, CamLej | Capt RODGERS |
|  | NavClemBd |  |
|  | CO, MAG-14 |  |
|  | CO, MABS-14 |  |
|  | Accused |  |

5

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| DANNY LEE JONES, <br><br> Petitioner, <br><br> -vs- <br><br> DORA B. SCHRIRO, et al., <br><br> Respondents. | CIV 01-0384-PHX-SRB <br><br> JOINT PRE-HEARING MEMORANDUM <br><br> **[Death Penalty Case]** |

# EXHIBIT 58

Sworn Affidavit of Peggy Jones

My son, Danny Lee Jones was born 8/24/64 in Yucca Valley, Ca. He was born breech with the cord wrapped around his neck. Oxygen was needed at the time, because he wasn't breathing. His peadritician was very concerned about the fact that he was blue when he was born.

When Danny was 10 years old he fell from the roof of a house and obtained a severe concussion. He also had severe bruising around his right eye, which was also injured in the fall. He was working with a neighbor, when he was 16, fixing residential roofs and fell off one of the houses they were repairing. He struck his head during the fall. It was about that time when we started having a lot of problems with him. His grades started falling off and he started cutting classes at school. His friends even saw a change in him. His attitude was changing all the time. He had to be put into a continuation school so he would have enough credits to graduate from High School. After graduation he enlisted in the Marine Corps.

A little bit of background on his fathers side. Danny's grandmother and grandfather were 1st cousins. His dad was a big user of marijuana and other recreational drugs during our marriage. That was the major reason for me getting a divorce. He didn't provide for his son at all because he was always in jail and didn't work. He would come home while I was pregnant and punch me around because I didn't have his dinner ready. There was never anything to fix. I went to my moms and ate until I moved to Yucca Valley with his stepmother and dad. I had to walk 2 miles to my moms and mom would take me home and fix him a plate so he wouldn't be upset. There were times she bought groceries so we could eat.

In 1986, Danny was admitted to therapy in Truckee Meadows hospital and they put him on Lithium. His whole attitude changed after that. He did fine as long as he took it. There were no mood swings or moody attitudes as long as he took it. The doctor that I talked to said that Danny's body was one that didn't produce enough to regulate his system and he needed to stay on a regular dosage. If he didn't he would always have this problem. I went to the hospital after he started having problems with the police and the hospital employees told me that the files were on microfilm and unless we had the time, dates and the names of the doctors that treated him that they couldn't help me with it. It was impossible for me to get any of his records.

In 1987, Danny admitted himself into Delancy Street in San Francisco California for drug rehabilitation. He had hit rock bottom. He came to his dad and I for help and his dad found out about this place through Danny's probation officer. He took him there and Danny stayed there for 2 years. We saw a side of Danny after that we thought was gone forever. Our son was back. After that he moved away and we saw him off and on until he got into the trouble in Laughlin, NV. I sent some pictures to Lee Novak, Danny's other attorney, showing some of his injuries and they were never returned. I don't know what happened to them. Please contact me if there is anything else I can tell you or help you in any way.

Also the substance of this statement was given to Lee Novak and/or his investigator Austin Cooper prior to September 1993.

The material in this statement is, to the best of my ability, as chronologically accurate, as possible.

Signed: _____
Peggy A. Jones

SUBSCRIBED AND SWORN TO BEFORE ME
THIS 20 DAY OF May, 19 99
_____ Jack Haddock _____
NOTARY PUBLIC

JACK HADDOCK
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 97-2860-2 · Expires July 6, 2001