IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Danny Lee Jones, | CV 01-384 PHX SRB |
| Petitioner, | **WRIT OF HABEAS CORPUS AD PROSEQUENDUM** |
| vs. | |
| Dora Schriro, et al., | |
| Respondents. | |

THE PRESIDENT OF THE UNITED STATES OF AMERICA TO THE WARDEN, ASPC EYMAN, FLORENCE, ARIZONA:

You are commanded that you have the body of Danny Lee Jones, #092576, by the Arizona Department of Corrections brought to the United States Courthouse, Phoenix, Arizona, for Evidentiary Hearing on **March 21, 2006, at 9:00 a.m. through March 23, 2006,** before Judge Susan R. Bolton, Courtroom 502.

WITNESS the Honorable Susan R. Bolton, Judge of the United States Court for the District of Arizona and the Seal of said Court, this 3rd day of March, 2006.

RICHARD WEARE, District Court Executive/Clerk of Court

BY: _Maureen Williams_
Maureen Williams
Courtroom Deputy