# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Danny Lee Jones,<br><br>    Petitioner,<br><br>vs.<br><br>Dora Schriro, et al.,<br><br>    Respondents. | No. CV-01-384-PHX-SRB<br><br><u>DEATH PENALTY CASE</u><br><br>**ORDER RE: RESPONDENTS'<br>MOTION TO DEPOSE PETITIONER** |

An evidentiary hearing regarding Claims 20(O), (P) and (T), for which the parties were granted limited discovery, is scheduled to begin on March 21, 2006. On February 13, 2006, Respondents filed a motion to depose Petitioner "about his personal knowledge and the factual bases of Claim 20(O), (P) and (T)," and requested expedited consideration. (Dkt. 171 at 1.) Petitioner opposed the motion in part as untimely and unsupported by good cause. (Dkt. 186.) Respondents reply, in relevant part, that the motion is not untimely because the Court did not specifically set a deadline for deposition of Petitioner and they waited to seek his deposition until other discovery was completed. (Dkt. 187.)

The parties were previously ordered to identify any discovery sought by them in connection with these claims. (Dkts. 121, 125, 127.) Although Respondents indicated that they wished to interview and depose Petitioner's family members and witnesses identified

by Petitioner, they did not list deposition of Petitioner himself.[1] (Dkts. 126, 127.) The Court set deadlines to complete approved discovery identified by the parties and set a deadline to request any additional discovery. (Dkt. 127.) The parties jointly sought extensions of time to complete portions of the discovery previously identified by them, but Respondents did not indicate that they also wished to depose Petitioner or seek an extension of time in which to do so. (Dkt. 130.) In granting the motion, the Court extended the deadline for the parties to disclose any witness not previously identified by them, and specifically referenced in the prior scheduling order, until October 31, 2005. (Dkt. 140.) The Court also extended the deadline to file supplemental discovery motions until November 29, 2005. (Id. at 2.) Although Respondents filed a motion for supplemental discovery on November 29, 2005, they did not seek leave to depose Petitioner, either at that time or following the completion of other discovery. (Dkt. 157.) Under these circumstances, the Court finds that Respondents' motion is untimely and it will be denied.

Accordingly,

**IT IS ORDERED** that Respondents' motion to depose Petitioner is **DENIED**. (Dkt. 171.)

DATED this 8th day of March, 2006.

_____
Susan R. Bolton
United States District Judge

---

[1] Petitioner did not list himself in his "Notice of Petitioner's Witnesses for the Hearing of March 21-24, 2005 [sic]." (Dkt. 149.)