JON M. SANDS
Federal Public Defender
District of Arizona
Leticia Marquez (Ariz. Bar No. 017357)
Sylvia J. Lett (Ariz. Bar No. 017326)
Ken Murray (Ohio Bar No. 002519)
Assistant Federal Public Defenders
407 West Congress Street, Suite 501
Tucson, Arizona 85701-1310
Telephone: (520) 879-7622
Leticia_Marquez@fd.org
Sylvia_Lett@fd.org
Ken_Murray@fd.org

Attorneys for Petitioner

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Danny Lee Jones, | No. CV 01-0384-PHX-SRB |
| Petitioner, | |
| v. | PETITIONER'S PROFFER |
| Dora B. Schriro, et al., | |
| Respondents. | [Death Penalty Case] |

Petitioner Danny Lee Jones, by and through undersigned counsel, hereby submits this offer of proof regarding the testimony of David A. Ruhnke, Esq.

This Court precluded the testimony of Petitioner's experts Jill Miller, a mitigation specialist and David A. Ruhnke, a legal expert regarding attorney performance in the defense of capital cases. (Dkt. 165). Attached to this notice is the declaration of David A. Ruhnke stating his expert opinion regarding the failures of Lee Novak, Jones's trial counsel. (Attachment). Had Mr. Ruhnke been allowed to testify as a witness for Danny Lee Jones, his testimony would have followed the content of his attached Declaration.

Respectfully submitted this 9th day of June, 2006.

FEDERAL PUBLIC DEFENDER


By <u>s/ Leticia Marquez</u>
Leticia Marquez
Attorney for Petitioner

In this 9th day of June, 2006, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a notice of electronic filing to the following CM/ECF registrants:

Terry Goddard
Arizona Attorney General
Dawn M. Northup
Jon G. Anderson
Assistant Attorney General
1275 West Washington Street
Phoenix, Arizona 85007

<u>s/ Tamelyn J. Booterbaugh</u>
Secretary, Capital Habeas Unit