**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Danny Lee Jones,<br><br>    Petitioner,<br><br>v.<br><br>Dora Schriro, et al.,<br><br>    Respondents. | No. CV-01-384-PHX-SRB<br><br><u>DEATH PENALTY CASE</u><br><br>**ORDER RE: AMENDED**<br>**CERTIFICATE OF APPEALABILITY** |

In Orders dated September 1, 2006, this Court denied Petitioner's habeas petition (Dkt. 221) and granted a certificate of appealability with respect to the merits of Claims 20(O), 20(P), and 20(T) (Dkt. 223). On September 15, 2006, Petitioner filed a motion for reconsideration of the Court's denial of Claim 20(N). (Dkt. 224.) On September 18, 2006, Petitioner, citing the recent decision in *Comer v. Schriro*, 463 F.3d 934 (9th Cir. 2006), filed a supplement to his motion for reconsideration, requesting that the Court also reconsider its ruling that Claims 3 and 6 were procedurally barred. (Dkt. 225.)

In an Order filed simultaneously on this date, the Court has denied Petitioner's motion for reconsideration. However, the Court finds, based upon the holding in *Comer*, that reasonable jurists could debate its resolution of the procedural status of Claim 6.

Accordingly,

**IT IS HEREBY ORDERED** that the Court grants a Certificate of Appealability as to the following issues:

Whether Claim 20(O), alleging that Petitioner's right to effective assistance of counsel at sentencing was denied by counsel's failure to secure the appointment of an additional neurologist or neuropsychologist, fails on the merits;

Whether Claim 20(P), alleging that Petitioner's right to effective assistance of counsel at sentencing was denied by counsel's failure to timely move for neurological and neuropsychological testing, fails on the merits;

Whether Claim 20(T), alleging that Petitioner's right to effective assistance of counsel at sentencing was denied by counsel's failure to present additional mitigating witnesses and evidence, fails on the merits; and

Whether Claim 6, alleging that the trial court violated Petitioner's rights under the Fifth, Sixth, Eighth, and Fourteenth Amendments by failing to consider all of his proffered mitigation evidence, is procedurally barred.

DATED this 7th day of November, 2006.

_____
Susan R. Bolton
United States District Judge