UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAY 28 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DANNY LEE JONES,<br><br>        Petitioner - Appellant,<br><br> v.<br><br>CHARLES L. RYAN,<br><br>        Respondent - Appellee. | No. 07-99000<br><br>D.C. No. CV-01-00384-SRB<br>U.S. District Court for Arizona, Phoenix<br><br>**MANDATE** |

The judgment of this Court, entered May 5, 2014, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                        FOR THE COURT:
                                        Molly C. Dwyer
                                        Clerk of Court

                                        Pinky Argonza
                                        Deputy Clerk