FILED

MAY 27 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DANNY LEE JONES,<br><br>　　　　　Petitioner - Appellant,<br><br>　v.<br><br>CHARLES L. RYAN,<br><br>　　　　　Respondent - Appellee. | No. 07-99000<br><br>D.C. No. CV-01-00384-SRB<br>District of Arizona,<br>Phoenix<br><br><br>ORDER |

Before: REINHARDT, HAWKINS, and THOMAS, Circuit Judges.

　　　The memorandum disposition remanded this case to the district court for a limited purpose, leaving the remaining issues unresolved on appeal.  Thus, because the district court has not resolved the merits of the remanded question, and the remaining issues have not been resolved by this Court, the appeal has not yet been resolved by this Court on the merits.  Therefore, the Court DENIES the motion to stay the mandate pending the filing of a petition for a writ of certiorari.  However, this denial is without prejudice to renewing a stay motion with the district court on remand.