

**07-99000 Danny Jones v. Charles Ryan "Non-Dispositive Memorandum Filed"**

ca9_ecfnoticing   to:   05/05/2014 09:55 AM

From: ca9_ecfnoticing@ca9.uscourts.gov
To:

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

United States Court of Appeals for the Ninth Circuit

Notice of Docket Activity

The following transaction was entered on 05/05/2014 at 9:54:34 AM PDT and filed on 05/05/2014

| | |
|---|---|
| Case Name: | Danny Jones v. Charles Ryan |
| Case Number: | 07-99000 |
| Document(s): | Document(s) |

Docket Text:
Filed memorandum (STEPHEN R. REINHARDT, MICHAEL DALY HAWKINS and SIDNEY R. THOMAS) We express no opinion on any other issue raised on appeal. Those issues are preserved for later consideration by the Court, if necessary. REMANDED. [9082518] (PH)

Notice will be electronically mailed to:

Honorable Susan R. Bolton, District Judge
Ms. Ginger Jarvis, Assistant Attorney General
Leticia Marquez, Assistant Federal Public Defender
USDC, Phoenix
Mr. Jeffrey A. Zick, Assistant Attorney General

The following document(s) are associated with this transaction:
Document Description: Non Dispositive Memoandum
Original Filename: 07-99000.pdf
Electronic Document Stamp:
[STAMP acecfStamp_ID=1106763461 [Date=05/05/2014] [FileNumber=9082518-0]
[7769c541ff87a1071f1474670b5f9adeb2321ce7aa4e7a4184abd279b0d3c983914157944ebcd24ee5efad
9294ef98afe38dc99058e22ce26fa9b8ebfdeb3333]]

The following information is for the use of court personnel:

DOCKET ENTRY ID: 9082518
RELIEF(S) DOCKETED:

REMANDED
DOCKET PART(S) ADDED: 9944796, 9944797