Jon M. Sands
Federal Public Defender
Leticia Marquez (Arizona Bar No. 017357)
Assistant Federal Public Defender
407 W. Congress St., Suite 501
Tucson, Arizona 85701-1310
leticia_marquez@fd.org
520.879.7622

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Danny Lee Jones,  )  )| Case No. CV-01-00384-PHX-SRB |
| Petitioner,  ) ) | |
| vs.  )  ) | |
| Charles Ryan, et al.,  )  ) | |
| Respondents.  )  ) | |

**Index of Exhibits to Petitioner's**
***Martinez/Dickens* Brief**
**Filed December 17, 2015**

| | | |
|---|---|---|
| Ex. 1 | | Case notes of Lee Novak |
| Ex. 2 | | File of Jack Potts, M.D. |
| Ex. 3 | | Psychiatric Evaluation of Danny Jones by Jack Potts, M.D., dated December 3, 1993 |
| Ex. 4 | | Curriculum Vitae of Jack Potts, M.D. |
| Ex. 5 | | Declaration of Pablo Stewart, M.D. dated September 10, 2002 |
| Ex. 6 | | U.S. Military Medical Records re: treatment for alcohol intoxication and head injury following mugging in 1983 |
| Ex. 7 | | U.S. Military Records for drug and alcohol treatment |
| Ex. 8 | | Medical records from Washoe Medical Center and Nevada Mental Health Institute |
| Ex. 9 | | Geddes Elementary School Records |
| Ex. 10 | | Glendora Unified School District Records |
| Ex. 11 | | Declaration of Peggy Jones dated February 4, 2002 |
| Ex. 12 | | Declaration of Randy Jones dated February 4, 2002 |
| Ex. 13 | | Declaration of Carrie Haigney dated August 10, 2002 |
| Ex. 14 | | Declaration of David Freedman, M.S. dated July 29, 2002 |
| Ex. 15 | | Psychological Report by David Foy, Ph.D. dated September 8, 2002 |
| Ex. 16 | | Neuropsychological Report by Shoba Sreenivasan, Ph.D. dated August 19, 2002 |
| Ex. 17 | | Neuropsychological Report by Alan Goldberg, Psy.D. |
| Ex. 18 | | Corrected Copy of Neuropsychological Report by Alan Goldberg, Psy.D. |
| Ex. 19 | | Declaration of Alan Goldberg, Psy.D. dated August 29, 2002 |
| Ex. 20 | | Report of John Scialli, M.D. dated November 10, 2005 |

1

| | | |
|---|---|---|
| Ex. 21 | Supplemental Report of John Scialli, M.D. dated November 10, 2005 |
| Ex. 22 | Neuropsychological Test Summary by Anne Herring, Ph.D. |
| Ex. 23 | Neuropsychological Evaluation by Anne Herring, Ph.D. dated November 9, 2005 |
| Ex. 24 | Photo of Danny Jones, age 10 |
| Ex. 25 | Affidavit of Lee Novak dated April 22, 1999 |