# Exhibit 26

## DECLARATION OF GWENDELYN MUNRO

I, Gwendelyn Munro, declare as follows,

I am a resident of Cottonwood, Yavapai County, Arizona. In 1995 I lived in Topock, Mohave County, Arizona.

In July 1995, I served on the Mohave County Superior jury which convicted Danny Lee Jones of two counts of First Degree Murder and one count of Attempted First Degree Murder.

I never agreed with the conclusions of the jury in this case.

I never believed Danny Lee Jones murdered the little girl, Tisha Weaver.

I also had many doubts about whether or not Danny Lee Jones was responsible for the death of the grandmother. On my own, I could not have found him guilty of her death.

I never thought one man alone murdered that whole family. I was not impressed with the police or with how the police handled the investigation of the other person's involvement in these murders.

I did not have any doubt about Danny Lee Jones killing Rob Weaver. However, I never thought he should be found guilty of First Degree Murder for Mr. Weaver's death.

I believe in the death penalty but I do not believe the death of Robert Weaver deserves the death penalty.

If I had to sentence Danny Lee Jones for the murder of Robert Weaver, I would give him a sentence of life in prison without the possibility of parole.

-1-

-2-

As our deliberations went along I was the only one who did not agree with the rest of the jury. I held out as long as I could. In the end, I felt pressured by other members to change my vote because the verdict had to be unanimous. But the last thing I said to the jury was that it would all come back to haunt them.

I declare under penalty of perjury under the laws of the state of Arizona and the United States that the foregoing is true and correct.

Executed on *Aug. 22*, 2002

*Gwendelyn Munro*
Gwendelyn Munro