# Exhibit 27

# DECLARATION OF MARY LOU HERRIDGE

I, Mary Lou Herridge, declare as follows,

I am a resident of Kingman, Mohave County, Arizona. I have lived in Mohave County for fifty-five years.

In July 1995, I served on the Mohave County Superior jury which convicted Danny Lee Jones of two counts of First Degree Murder and one count of Attempted First Degree Murder.

Our duty as a jury was to decide Mr. Jones' guilt or innocence on the charges. We were not responsible for sentencing the defendant, and did not discuss sentencing during our deliberations.

If we had the responsibility for sentencing Danny Lee Jones, I would have given him life without the possibly of parole for the death of Robert Weaver. I would not have given him the death penalty on that count.

The second count of First Degree Murder was for the death of Tisha Weaver.

While Danny Lee Jones admitted on the stand to killing Robert Weaver, he testified that a person by the name of Frank Sperlazzo, was present at the house that night. and was solely responsible for Tisha Weaver's death.

No evidence was presented to us, by either the prosecution or the defense, to either prove or disproved the presence during the murders of another person.

We were not told that Frank Sperlazzo, was given two polygraph tests by the police or that the results of the tests were never turned over to the defense.

We were shown time cards indicating Frank Sperlazzo was at work during the time of the murders. We were **not** told that Sperlazzo's time cards were not indicative of the hours he was actually in the building.

-1-

-2-

We were not told that Frank Sperlazzo's job required him to be out on his own in various locations in the Laughlin area during his working hours.

As a jury, we were shown a photograph of shoe prints in some soap powder in the garage of the Weaver home. We were not told that one of the prints was that of a man's sneaker print which did not match either Danny Lee Jones', Mrs. Weaver's or any of the police and paramedic units responding to the scene.

If we had been told this information at trial I could not have voted to convict Danny Jones of the murder of Tisha Weaver without a reasonable doubt.

I declare under penalty of perjury under the laws of the state of Arizona and the United States that the foregoing is true and correct.

Executed on  Aug. 20 , 2002

Mary Lou Herridge
Mary Lou Herridge